THE STATE, EX REL. FANT, APPELLANT, *v.*
FLAHERTY, DIR. OF ADMINISTRATIVE SERVICES, APPELLEE.

[Cite as State, ex rel. Fant, *v.* Flaherty (1990), 48 Ohio St. 3d 39.]

(No. 89-1167 — Submitted November 14, 1989 — Decided January 10, 1990.)

*Henry J. Fant, pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Lorraine M. Nestor,* for appellee.

For the reasons set forth in its decision of May 25, 1989, the judgment of the court of appeals is affirmed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., not participating.

[THE STATE, EX REL.] FANT, APPELLANT, *v.* REGIONAL
TRANSIT AUTHORITY, APPELLEE.

[Cite as State, ex rel. Fant, *v.* Regional Transit Auth. (1990),
48 Ohio St. 3d 39.]

(No. 89-1232 — Submitted November 7, 1989 — Decided January 10, 1990.)

*Henry J. Fant, pro se.*

The judgment of the court of appeals of June 1, 1989 dividing the costs of the action between relator and respondent is affirmed. Pursuant to Civ. R. 54(D), the court has discretion as to how the costs of an action shall be assessed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., not participating.